UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT WELDON, <br> Derivatively and on behalf of <br> Nominal Defendant, HCP, Inc. | : <br> : <br> : | Case No. 3:17-cv-755 |
| Plaintiffs, | : <br> : <br> : | JUDGE JEFFREY J. HELMICK |
| v. | : <br> : | |
| LAURALEE MARTIN, et al., | : <br> : | |
| Defendants, | : <br> : | **AGREED ENTRY OF DISMISSAL** <br> **WITHOUT PREJUDICE** |
| and | : <br> : | |
| HCP, Inc., <br> Nominal Defendant. | : <br> : | |

Pursuant to the Court's Order of November 30, 2020 (Dkt. No. 33), and by agreement of all the parties, IT IS NOW ORDERED AND ADJUDGED that this matter is hereby dismissed without prejudice, each party to bear their own cost.

s/ Jeffrey J. Helmick
———————————————
Judge Jeffrey J. Helmick
United States District Judge

HAVE SEEN AND AGREE:

/s/ *Richard S. Wayne*
Richard S. Wayne (0022390)
Strauss Troy Co., LPA
150 East Fourth Street
Cincinnati, OH 45202-4018
Phone: (513) 621-2120
Fax: (513) 629-9426
E-mail: *rswayne@strausstroy.com*

/s/ *James A. King*
James A. King (0040270)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, OH 43125
Phone: (614) 227-2051
Fax: (614) 227-2100
E-mail: *jking@porterwright.com*

/s/ *Joshua M. Lifshitz*
Joshua M. Lifshitz (admitted pro hac vice)
Lifshitz & Miller LLP
821 Franklin Avenue, #209
Garden City, NY 11530
Phone: (516) 493-9780
Fax: (516) 280-7376
E-mail: *jml@jlclasslaw.com*

*Attorneys for Plaintiff*

/s/ *Thomas D. Warren*
Thomas D. Warren (0077541)
Warren Terzian
30799 Pinetree Road
Pepper Pike, OH 44124
Phone: (216) 304-4970
E-mail: tom.warren@warrenterzian.com

*Attorneys for Defendant HCR ManorCare, Inc.*

/s/ *Audra J. Soloway*
Audra J. Soloway
Daniel J. Kramer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
E-mail: *asoloway@paulweiss.com*

*Attorneys for Defendants Martin, Herzog, McKee, Cartwright, Garvey, Henry, Hoffman, Rhein, Sullivan, and Nominal Defendant HCP, Inc.*

15045134.1